**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 6, 2026

**BY EMAIL**
The Honorable Victoria Reznik
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: Unsealing of Indictment 26 Cr. 452**

Dear Judge Reznik:

The Government respectfully requests that Indictment 26 Cr. 452 be unsealed and that a United States District Judge be assigned to the case. I have reviewed Judge Garnett's Individual Rules for matters involving the U.S. Attorney's Office, and the relevant records, and Judge Garnett is not recused from this matter. A proposed order to that effect is attached. This case is designated as a Wheel A case.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: ______________________
Kathryn Wheelock
Assistant United States Attorney

Enclosure

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

JAQUEY WILKES, a/k/a "BQ,"
TYRONE STEWART, a/k/a "Ty,"
LEROY SIMPSON, a/k/a "Unc,"

Defendants.

**UNSEALING ORDER**

26 Cr. 452 (____)

Upon the application of the United States, by the United States Attorney for the Southern District of New York, James M. McDonald, by Assistant United States Attorney Kathryn Wheelock;

It is found that the Indictment in the above-captioned case is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, and;

It is further found that the requesting AUSA has reviewed Judge Garnett's Individual Rules for matters involving the U.S. Attorney's Office, and the relevant records, and has advised that Judge Garnett is not recused from this matter. and it is therefore:

ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated: New York, New York
October 6, 2026

Victoria Reznik

HONORABLE VICTORIA REZNIK
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK