UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAQUEY WILKES, ET AL.,<br><br>Defendants. | **SCHEDULING ORDER**<br><br>7:26-cr-452 (PMH) |

An Initial Conference is scheduled for October 15, 2026 at 12:00 p.m. in Courtroom 520 at the White Plains Courthouse. It is the responsibility of the Government to have the incarcerated Defendants produced to Courtroom 520 of the White Plains Courthouse at that time.

**SO ORDERED:**

Dated: White Plains, New York
October 7, 2026

Philip M. Halpern
United States District Judge