UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA

v.

JAQUEY WILKES,

Defendant.
-------------------------------------------------------X

ORDER

26-cr-452-1 (PMH)

The Court has received a recommendation pursuant to 18 U.S.C. § 3005 from Jennifer L. Brown, Attorney-in-Charge for the Federal Defenders of New York, in consultation with Bruce Koffsky, Jaquey Wilkes' lead counsel, to appoint Ezra Spilke as learned capital counsel for Mr. Wilkes in this case.

Full consideration having been given to Ms. Brown's recommendation, it is hereby:

ORDERED that Ezra Spilke is appointed as learned counsel for Mr. Wilkes in this case.

Dated: White Plains, New York
October 8, 2026

Philip M. Halpern
United States District Judge